NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FRANK ROBERT DITTO

---

2012-1182
(Serial No. 09/276,137)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

The Director of the United States Patent and Trademark Office moves for a 30-day extension of time, until October 4, 2012 to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 29 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AUG 29 2012

JAN HORBALY
CLERK

cc:  Frank Robert Ditto
     Raymond T. Chen, Esq.

s21